# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE HAROLD BILLINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:12-cv-1063-TWP-MJD |
| | ) |
| ADRIEN, et al., | ) |
| | ) |
| Defendants. | ) |

## Entry and Order Dismissing Action

### I.

The plaintiff sues a Johnson County, Indiana judge, a Johnson County Indiana, prosecutor, and one other person. He seeks modification of a misdemeanor conviction entered more than a decade ago. This court has no authority to grant the requested relief. The reason, quite simply, is that no matter how erroneous or unconstitutional the state court judgment may be, only the Supreme Court of the United States has jurisdiction to review it. *Brokaw v. Weaver*, 305 F.3d 660, 664 (7th Cir. 2002).

The complaint shows on its face that the plaintiff is not entitled to the relief he seeks and that his complaint does not state a claim upon which relief can be granted. *Jones v. Bock*, 127 S. Ct. 910, 921 (2007)("A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief."); *Pugh v. Tribune Co.*, 521 F.3d 686, 699 (7th. Cir. 2008)(a complaint falls within this category if it "alleg[es] facts that show there is no viable claim@).

When directed to support or explain the legal sufficiency of his complaint, the plaintiff did not respond. The dismissal of the action pursuant to 28 U.S.C. § 1915(e)(2)(B) is now mandatory.

### II.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 09/27/2012

*[signature]*

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eddie Harold Billings, Jr.**
**403 N. Rural Street**
**Indianapolis, IN 46201**